IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE J. HANCOCK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12 C 6021 |
| | ) | |
| DI PAOLO COMPANY, | ) | JUDGE JOHN Z. LEE |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT**

NOW COME Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 27, 2012, request this Court enter final judgment against Defendant, DI PAOLO COMPANY, an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On September 27, 2012, this Court entered default against Defendant, granted Plaintiffs' request for an order directing the Defendant to submit its monthly fringe benefit contribution reports for March 2012 forward and entered partial judgment in the amount of $44,162.23, which included $42,417.23 in previously-waived liquidated damages, costs and attorneys' fees (See Affidavit of Rich Clarson).

2. Defendant submitted monthly contribution reports for the months of December 2009 through December 2010 to the Funds identifying its employees who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees. However, Defendant submitted these reports late. Since the reports were paid late, the Defendant incurred interest and liquidated damages charges (Clarson Aff. ¶6).

3. In May 2011, the parties entered into a settlement agreement. In exchange for Defendant's $5,000 payment and agreement to remain current in its reporting obligations, the Funds agreed to waive a vast majority of the liquidated damages due to them (Clarson Aff. ¶7).

4. Defendant subsequently breached the above agreement by not submitting current reports and contributions by the 20th day of the month following the month the contributions were due (Clarson Aff. ¶8).

5. Therefore, for the time period December 2009 through December 2010, Defendant owes the following liquidated damages to the Funds:

> $22,793.70 to the Welfare Fund
> $19,623.73 to the Pension Fund
> $42,417.43 Total

(Clarson Aff. ¶9).

6. On September 27, 2012, pursuant to Plaintiffs' Motion to Enforce the Settlement Agreement, this Court entered partial judgment in the amount of $44,162.43, which includes $42,417.43 for liquidated damages, $435.00 for costs and $1,310.00 for attorneys' fees incurred from May 11, 2011 through September 13, 2012. Additionally, the partial judgment order directed Defendant to submit its monthly fringe benefit contribution reports for March 2012 forward (Clarson Aff. ¶10).

7. On or about November 2, 2012, Defendant submitted its monthly fringe benefit contribution reports for February 2012 through May 2012 without the corresponding payment (Clarson Aff. ¶11).

8. Pursuant to the contribution reports submitted for the months of February 2012 through May 2012, Defendant owes the Funds $63,799.35 broken down as follows:

- $20,916.98 due in contributions to the Welfare Fund
- $21,815.25 due in contributions to the Pension Fund
- $663.49 due in compounded interest
- $8,623.44 due in 20% liquidated damages
- $14,892.51 due in previously waived attorneys' fees and costs, which includes $3,056.26 in attorneys' fees incurred since November 16, 2012

(Clarson Aff. ¶12).

9. Based upon the foregoing, Plaintiffs request entry of final judgment in the total amount of $107,961.58.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $107,961.58.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\DiPaolo Company\2012\motion-final judgment.jdg.df.wpd

3

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Final Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of February 2013:

        Mr. Angelo Di Paolo, Registered Agent/President
        Di Paolo Company
        4350 DiPaolo Center
        Glenview, IL   60025

                /s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\731exc\DiPaolo Company\2012\motion-final judgment.jdg.df.wpd